UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFREY BENSON,

Defendant.

Case No. 19-CR-

[18 U.S.C. §§ 2113(a), 2113(d), and 2]

---

## INDICTMENT

---

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. At all times material to this Indictment, Prime Financial Credit Union, located at 1923 West Oklahoma Avenue in Milwaukee, Wisconsin, was a federally insured financial institution.

2. On or about September 13, 2019, in the State and Eastern District of Wisconsin,

**JEFFREY BENSON**

did take, by force, violence, and intimidation, from the presence of a bank employee, U.S. currency belonging to and in the care, custody, and management of the Prime Financial Credit Union, and in the commission of this offense, put in jeopardy the life of a bank employee by the use of a dangerous weapon.

All in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

A TRUE BILL:

███████████████

FOREPERSON

Dated: 12-17-19

*[signature]*

MATTHEW D. KRUEGER
United States Attorney

2